**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| | * |
| **IN THE MATTER OF THE** | * |
| **REQUEST OF GREGORY** | * |
| **GILMER FOR WITHDRAWAL** | *   **CASE NO. 26-mc-514** |
| **OF APPLICATION** | * |
| **FOR ADMISSION** | * |

## ORDER

Gregory Gilmer asks to withdraw his application for admission. After consideration, and upon the recommendation of the Disciplinary & Admissions Committee, the request is granted. *See* Loc. R. 701.2(c)(i).

Accordingly, on this 5th day of August 2026, the admission application is hereby WITHDRAWN.

Date: __8/5/2026__

_____
George L. Russell III, Chief Judge
United States District Court